March 13, 2009

Hon. Thomas J. McAvoy
Senior District Court Judge (by electronic filing)
Hon. Randolph F. Treece
Magistrate Judge
United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

RE: STATUS REPORT, Paul J. Hudson as personal representative of the Estate of Eleanor Hudson, deceased v Internal Revenue Service, 1:03cv172; In re Paul S. Hudson, 00-11683/US Dept. of Justice v Paul S. Hudson, 06cv763 (FJS)

Dear Judges McAvoy and Treece:

I am writing to provide the court with a four month status report of the related bankruptcy litigation as ordered by Judge McAvoy in his February 17th, 2006 order [31] staying this case (Case No. 1:03cv172) until further order of the court.

Since my last report in November 2008, there has been no activity or decisions in 03cv172 or 06cv763. Motions for reconsideration by the US Dept. of Justice and the undersigned have been submitted as of October 29th, 2007, and are still awaiting decision by Senior Judge Scullin in 06cv763.

There have been no further decisions or activity since my last status report by the bankruptcy court in these matters. However, the IRS has made an appearance in the bankruptcy case 00-11683 which is in the process of winding up.

Respectfully submitted,

s/
Paul S. Hudson, Esq.
Law Offices of Paul S. Hudson PC
For Paul J. Hudson, Plaintiff and as
Debtor/Appellee
4411 Bee Ridge Road
Sarasota, Florida 34233
(410) 940-8934

TO: Bartholomew Cirenza, Esq.
US Dept. of Justice Tax Division
PO Box 55, Ben Frankin Station
Washington, DC 20044