**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**M I N U T E O R D E R**

---

**PAUL J. HUDSON, et al.**

vs. **CIVIL NO. 1: 03-CV-172 (TJM-RFT)**

**INTERNAL REVENUE SERVICE**

---

This case having been pending for over three years, and all proceedings in this Court having been stayed pending resolution of related matters in other courts, see Order [48], and it appearing at this time that there is no reason to maintain this action on the Court's open docket for statistical purposes,

**IT IS HEREBY ORDERED THAT:** the Clerk of the Court is to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this Minute Order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in this matter become necessary or desirable, any party may move to restore the action to the Court's active docket by advising the Court, in writing, that the conditions that necessitated the stay have been resolved.

Upon motion to restore the action to the Court's active docket, the parties are directed to request a pretrial conference with the Court so that a new scheduling order can be issued.

The Clerk of the Court is directed to serve a copy of this order on all parties to the action.

Dated: March 27, 2009

Thomas J. McAvoy
Senior, U.S. District Judge